UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MILTON THOMPSON,

                Plaintiff,

    -v-                                                                       1:05-CV-291

JOHN ROMANO, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

       Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on February 23, 2007, in Utica, New York, it is hereby

       ORDERED that

       1. Plaintiff's motion for partial summary judgment is DENIED;

       2. Defendants' motion for summary judgment is GRANTED in part and DENIED in part;

       3. The fourth cause of action alleging conspiracy is DISMISSED.

       IT IS SO ORDERED.

_____
United States District Judge

Dated: February 23, 2007
       Utica, New York.